UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1554
(1:19-cv-01501-GLR)

_____

SHAOMING SONG

    Plaintiff - Appellant

v.

XAVIER BECERRA; MICHAEL BERNIER, Staff Scientist; MICHAEL EVANS, Deputy Director of National Institute on Aging

    Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk